UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CAUSE NO. |
| v. | ) | |
| | ) | Violation: 29 U.S.C. § 501(c) |
| JEANNE R. BROPHY | ) | |
| Defendant. | ) | **2  09CR.  92** |

## FELONY INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

On or about August 2003 and continuing through on or about March 2008, in the Northern

District of Indiana, and elsewhere,

## JEANNE R. BROPHY,

defendant herein, while an officer of Iron Workers Union, Local 379, a labor organization engaged

in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and

convert to her own use the moneys, funds, property, and other assets of said labor organization of

over $5,000.00;

All in violation of Title 29, United States Code, Section 501(c).

DAVID CAPP
UNITED STATES ATTORNEY

By:   s/ Toi Denise Houston
Toi Denise Houston
Assistant United States Attorney